# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**July 31, 1997**

| | | |
|---|---|---|
| 19570 | Almeida v. Straub Clinic & Hosp. | Affirmed |
| 18208 | State v. Ventura | Affirmed |

**September 5, 1997**

| | | |
|---|---|---|
| 18998 | State v. Cox | Vacated |

**September 9, 1997**

| | | |
|---|---|---|
| 17403 | Spangler v. Pacific Ins. Co., Ltd. | Vacated |

**September 10, 1997**

| | | |
|---|---|---|
| 19311 | Doe, In Interest of | Affirmed |
| 19352 | Jackson v. Jenkins | Affirmed |

**September 17, 1997**

| | | |
|---|---|---|
| 17436 | State v. Wasson | Affirmed |

**September 19, 1997**

| | | |
|---|---|---|
| 18370, 18412 | State v. Costa;  State v. Lishman | Affirmed |

**September 22, 1997**